Darold W. Killmer
Wyoming Bar N. 8-6643
Reid Allison*
Madison Lips*
**KILLMER LANE, LLP**
1543 Champa Street, Suite 400
Denver, CO 80202
PHONE (303) 571-1000; FAX (303) 571-1001
Email: dkillmer@killmerlane.com; rallison@killmerlane.com; mlips@killmerlane.com

*Motion for admission *pro hac vice* pending.

Elisabeth C. Frost*
Katie Chamblee-Ryan*
Daniel Cohen*
Nicole Wittstein*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
efrost@elias.law
kchambleeryan@elias.law
dcohen@elias.law
nwittstein@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiff*
*Motion for Admission *pro hac vice* forthcoming

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **EQUALITY STATE POLICY CENTER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-cv-00117-SWS |
| | ) | |
| v. | ) | |
| | ) | |
| **CHUCK GRAY,** in his official capacity as | ) | |
| Wyoming Secretary of State, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

___

### MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE
___

I, Darold W. Killmer, an active member in good standing of the Bar of State of Wyoming and Bar of the U.S. District Court for the District of Wyoming, request that this Court admit *pro hac vice* Reid Robertson Allison and Madison Suzanne Lips of Killmer Lane, LLP, who will be

counsel for Plaintiff in the case listed above. I hereby vouch, to the best of my knowledge and belief, for the good moral character and veracity of Mr. Allison and Ms. Lips as *pro hac vice* attorneys.

As local counsel, I am aware of Local Rule 84.2(b) regarding the appearance of attorneys *pro hac vice* and understand my responsibilities under this rule. I am prepared to represent the client(s) at any time in any capacity and will have full authority to act for and on behalf of the client(s) in all matters including pretrial conferences, as well as trial or any other hearings. I will also participate in the preparation and trial of the case to the extent required by this Court and will be present in Court during all proceedings in connection with the case, unless excused by the Court.

In compliance with Wyoming Local Rule 84.2(b), Applicants Reid Robertson Allison and Madison Suzanne Lips have attached Affidavits in support of this Motion hereto as **Exhibit 1 and 2**, respectively**.**

Finally, a check in the amount of $200 ($100 per attorney) for admission fees is being mailed contemporaneously with this filing.

WHEREFORE, undersigned counsel respectfully requests that this Court admit Reid Roberson Allison and Madison Suzanne Lips *pro hac vice* in this matter for the reasons set forth above and in the attached Affidavit.

DATED this 14th day of May 2025.

                                       KILLMER LANE, LLP

                                       *s/ Darold W. Killmer*
                                       _____
                                       Darold W. Killmer 8-6643
                                       1543 Champa Street, Suite 400
                                       Denver, Colorado 80202
                                       (303) 571-1000
                                       (303) 571-1001 fax
                                       dkillmer@killmerlane.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing will be served via email to any counsel who represent their intention to enter an appearance on behalf of Defendants.

                                */s/ Jesse Askeland*
                                Jesse Askeland - Paralegal