Darold W. Killmer, No. 8-6643
**Killmer Lane, LLP**
1543 Champa St., Suite 400
Denver, CO 80202
dkillmer@killmerlane.com
(303) 571-1000

Elisabeth C. Frost*
Katie Chamblee-Ryan*
Daniel Cohen*
Nicole Wittstein*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
efrost@elias.law
kchambleeryan@elias.law
dcohen@elias.law
nwittstein@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiff*
*Motion for Admission Pro Hac Vice forthcoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **EQUALITY STATE POLICY CENTER,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**CHUCK GRAY**, in his official capacity as Wyoming Secretary of State; *et al.*,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00117<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Equality State Policy Center moves this court for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 to enjoin Defendants from enforcing the documentary proof of citizenship requirement ("DPOC requirement") in House Bill 156 ("HB 156"), codified in Wyoming law at Wyo. Stat. Ann. §§ 22-1-102(a)(xxvii), 22-1-102(a)(lvi), 22-3-102(a)(i), 22-3-103(a)(x), 22-3-117(a), and 22-3-118(a)(ii).

As set forth in the attached memorandum and supporting exhibits, (1) Plaintiff is substantially likely to succeed on the merits; (2) absent an injunction, Plaintiff, its members, and its constituents will suffer irreparable harm; (3) the injury to the Plaintiff, its members, and its constituents outweighs the injury to the Defendants; and (4) an injunction is in the public interest. *See Winter v. Nat'l Res. Def. Council*, 555 U.S. 7, 20 (2008).

Pursuant to Local Rule 7.1(a), Plaintiff requests a hearing on its motion.

Dated: May 23, 2025

Respectfully submitted,

*/s/ Elisabeth C. Frost*
Elisabeth C. Frost*
Katie Chamblee-Ryan*
Daniel Cohen*
Nicole Wittstein*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
efrost@elias.law
kchambleeryan@elias.law
dcohen@elias.law
nwittstein@elias.law
(202) 968-4490

Darold W. Killmer, No. 8-6643
Reid Allison*
Maddie Lipps*
**Killmer Lane, LLP**
1543 Champa St., Suite 400
Denver, CO 80202
dkillmer@killmerlane.com
(303) 571-1000

*Attorneys for Plaintiff*
*Equality State Policy Center*
*\*Admitted Pro Hac Vice*