**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **EQUALITY STATE POLICY CENTER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-cv-00117-SWS |
| | ) | |
| v. | ) | |
| | ) | |
| **CHUCK GRAY,** in his official capacity as | ) | |
| Wyoming Secretary of State, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

**JOINT MOTION TO ENTER STIPULATED ORDER REGARDING NOMINAL PARTY**
**STATUS**

---

Plaintiff Equality State Policy Center and the nineteen following Defendant County Clerks (the "Nominal County Clerk Defendants") jointly move this Court to enter the Stipulated Order Regarding Nominal Party Status submitted with this motion: Kayla White, Albany County Clerk; Lori Smallwood, Big Horn County Clerk; Lisa Smith, Carbon County Clerk; Karen Rimmer, Converse County Clerk; Melissa Jones, Crook County Clerk; Julie Freese, Fremont County Clerk; Mary B. Feagler, Goshen County Clerk; Becky Kersten, Hot Springs County Clerk; Debra Lee, Laramie County Clerk; April Brunski, Lincoln County Clerk; Tracy Good, Natrona County Clerk; Becky Freeman, Niobrara County Clerk; Malcolm J. Ervin, Platte County Clerk; Eda Schunk Thompson, Sheridan County Clerk; Cynthia L. Lane, Sweetwater County Clerk; Maureen Murphy, Teton County Clerk; Amanda Hutchinson, Uinta County Clerk; Lily Rakness Parra, Washakie County Clerk; and Becky Hadlock, Weston County Clerk.[1]

---

[1] Based on their conversations, Plaintiff anticipates that additional Defendant County Clerks may wish to join the agreement reflected in the Stipulated Order. In that event, Plaintiff and those County Clerk Defendants will seek to supplement the Stipulated Order to include them.

Plaintiff and the Nominal County Clerk Defendants have conferred and have entered into an agreement, set forth in the Stipulated Order, to limit the Nominal County Clerk Defendants' participation in this case. The agreement is based on the fact that the Nominal County Clerk Defendants take no separate and independent position regarding the constitutionality of the DPOC requirement in HB 156 that Plaintiff challenges in this case, and seek only to comply with the United States Constitution and federal law, Wyoming law, and any judgment of the Court in this case, to the extent it pertains to their official duties. As a result, to limit the burdens on these nominal defendants, Plaintiff has agreed that, if the Stipulated Order is entered by the Court and absent any material breach of their agreement, Plaintiff will refrain from seeking any attorney's fees or costs from the Nominal County Clerk Defendants, should Plaintiff be the prevailing party. In turn, the undersigned Nominal County Clerk Defendants would refrain from and be relieved of responsibility to engage in this lawsuit except for complying with discovery obligations, appearing at trial if called, and complying with any orders of this Court.

Accordingly, Plaintiff Equality State Policy Center and the undersigned the Nominal County Clerk Defendants respectfully request that this Court enter their Stipulated Order Regarding Nominal Party Status.

Dated: June 23, 2025                    Respectfully submitted,


                                        /s/ Elisabeth C. Frost
                                        Elisabeth C. Frost
                                        Katie Chamblee-Ryan
                                        Daniel Cohen
                                        Nicole Wittstein
                                        **ELIAS LAW GROUP LLP**
                                        250 Massachusetts Avenue NW, Suite 400
                                        Washington, D.C. 20002
                                        efrost@elias.law
                                        kchambleeryan@elias.law
                                        dcohen@elias.law

nwittstein@elias.law
(202) 968-4490

Darold W. Killmer, No. 8-6643
**Killmer Lane, LLP**
1543 Champa St., Suite 400
Denver, CO 80202
dkillmer@killmerlane.com
(303) 571-1000

*Attorneys for Plaintiff*
*Equality State Policy Center*

/s/ *Jennifer M. Curran*
Jennifer M. Curran
Albany County & Deputy Prosecuting Attorney
525 Grand Ave, Suite 100
Laramie, WY 82070
jcurran@albanycountywy.gov
(307) 721-1868

*Attorney for Defendant*
*Kayla White, Albany County Clerk*

/s/ *Marcia E. Bean*
Marcia E. Bean
Big Horn County & Prosecuting Attorney
P.O Box 647
Basin, WY 82410
marcia.bean@bighorncountywy.gov
(307) 568-2436

*Attorney for Defendant*
*Lori Smallwood, Big Horn County Clerk*

/s/ *Mark G. Nugent*
Mark G. Nugent
Carbon County Chief Deputy Attorney
P.O. Box 1146
Rawlins, WY 82301
marknugent@carboncountywy.gov
(307) 328-2700

*Attorney for Defendant*
*Lisa Smith, Carbon County Clerk*

3

/s/ *Quentin Richardson*
Quentin Richardson
Converse County Attorney
1201 Mesa Drive, Suite D
Douglas, WY 82633
attorney@conversecountywy.gov
(307) 358-5020

*Attorney for Defendant*
*Karen Rimmer, Converse County Clerk*

/s/ *Joseph M. Baron*
Joseph M. Baron
Crook County and Prosecuting Attorney
P.O. Box 397
Sundance, WY 82729
joeb@crookcounty.wy.gov
(307) 283-1090

*Attorney for Defendant*
*Melissa Jones, Crook County Clerk*

s/ *Nathan Maxon*
Nathan Maxon, WSB# 7-4588
Deputy Civil Fremont County Attorney
450 N. 2nd St., Rm. 170
Lander, WY 82520
nathan.maxon@fremontcountywy.gov
(307) 332-1162

*Attorneys for Defendant*
*Julie Freese, Fremont County Clerk*

/s/ *Eric R. Boyer*
Eric R. Boyer
Goshen County and Prosecuting Attorney
2125 East A Street
Torrington, WY 82240
eboyer@goshencounty.org
(307) 532-4223

*Attorney for Defendant*
*Mary B. Feagler, Goshen County Clerk*

/s/ *Jill Logan*
Jill Logan
Hot Springs County Attorney
415 Arapahoe
Thermopolis, WY 82443
Jill.logan@hscounty.com
(307) 864-2004

*Attorney for Defendant*
*Becky Kersten, Hot Springs County Clerk*

/s/ *Amy Iberlin*
Amy Iberlin
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott, Suite 400
Casper, Wyoming 82601
aiberlin@wpdn.net
307-265-0700

*Attorney for Defendants*
*Debra Lee, Laramie County Clerk, and*
*Tracy Good, Natrona County Clerk*

/s/ *Spencer L. Allred*
Spencer L. Allred
Lincoln County and Prosecuting Attorney
421 Jefferson St. Ste. 201
Afton, Wyoming 83110
spencer.allred@lincolncountywy.gov
(307) 885-0164

*Attorney for Defendant*
*April Brunski, Lincoln County Clerk*

/s/ *Anne K. Wasserburger*
Anne K. Wasserburger
Niobrara County and Prosecuting Attorney
P.O. Box 4
Lusk, WY 82225
awasserburger@outlook.com
(307) 334-9994

*Attorney for Defendant*
*Becky Freeman, Niobrara County Clerk*

/s/ *Douglas Weaver*
Douglas Weaver
Platte County
P.O. Box 877
Wheatland, WY 82201
dweaver@plattecountywyoming.com

*Attorney for Defendant*
*Malcolm J. Ervin, Platte County Clerk*

/s/ *Clinton D. Beaver*
Clinton D. Beaver
Sheridan County Deputy Attorney
148 Brooks Street
Sheridan, WY 82801
cbeaver@sheridancountywy.gov
(307) 674-2580

*Attorney for Defendant*
*Eda Schunk Thompson, Sheridan County Clerk*

/s/ *John DeLeon*
John DeLeon
Sweetwater County and Chief Deputy Attorney
80 West Flaming Gorge Way, Suite 21
Green River, WY 82935
deleonj@sweetwatercountywy.gov
(307) 872-3830

*Attorney for Defendant*
*Cynthia L. Lane, Sweetwater County Clerk*

/s/ *Keith Gingery*
Keith Gingery
Teton County and Chief Deputy Attorney
P.O. Box 4068
Jackson, WY 83001
kgingery@tetoncountywy.gov
(307) 732-8611

*Attorney for Defendant*
*Maureen Murphy, Teton County Clerk*

/s/ *Loretta Howieson Kallas*
Loretta Howieson Kallas
Uinta County and Prosecuting Attorney
225 9th Street
Evanston, WY 82931-0580
Loretta.Kallas@uintacountywy.gov
(307) 783-0550

*Attorney for Defendant*
*Amanda Hutchinson, Uinta County Clerk*

/s/ *Anthony J. Barton*
Anthony J. Barton
Washakie County and Prosecuting Attorney
1001 Big Horn Ave. Ste 108
Worland, Wyoming 82401
attorney@washakiecountywy.gov
(307) 347-3115

*Attorney for Defendant*
*Lily Rakness Parra, Washakie County Clerk*

/s/ *Michael Stulken*
Michael Stulken
Weston County and Prosecuting Attorney
204 W. Main Street
Newcastle, WY 82701
mstulken@westongov.com
(307) 746-9131

*Attorney for Defendant*
*Becky Hadlock, Weston County Clerk*