# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EQUALITY STATE POLICY CENTER,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>CHUCK GRAY, in his official capacity as Wyoming Secretary of State, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 1:25-cv-00117-SWS |

# **[PROPOSED] ORDER**

　　　Before the Court is the motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion for a preliminary injunction.

　　　For the reasons set forth by the movant, the motion is GRANTED.

SO ORDERED.

Dated this 1st day of July, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE SCOTT WESLEY SKAVDAHL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE