

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

Margaret Botkins
Clerk of Court

3:41 pm, 7/2/25

| | | |
|---|---|---|
| **EQUALITY STATE POLICY CENTER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-cv-00117-SWS |
| | ) | |
| v. | ) | |
| | ) | |
| **CHUCK GRAY,** in his official capacity as Wyoming Secretary of State, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER REGARDING COUNTY CLERK DEFENDANTS' NOMINAL PARTY STATUS

Upon consideration of the Joint Motion to Enter Stipulated Order Regarding Nominal Party Status, the supplement subsequently filed thereto, and the agreements between the parties, and with no objection by Defendant Chuck Gray in his capacity as Wyoming Secretary of State,

**IT IS HEREBY ORDERED** that the Stipulated Order is entered.

The following Defendants are hereby designated as nominal parties:

- Kayla White, Clerk of Albany County;
- Lori Smallwood, Clerk of Big Horn County;
- Cindy Lovelace, Clerk of Campbell County;
- Lisa Smith, Clerk of Carbon County;
- Karen Rimmer, Clerk of Converse County;
- Melissa Jones, Clerk of Crook County;
- Julie Freese, Clerk of Fremont County;
- Mary B. Feagler, Clerk of Goshen County;
- Becky Kersten, Clerk of Hot Springs County;
- Jackie Camino, Clerk of Johnson County;
- Debra Lee, Clerk of Laramie County;
- April Brunski, Clerk of Lincoln County;
- Tracy Good, Clerk of Natrona County;
- Becky Freeman, Clerk of Niobrara County;
- Malcolm J. Ervin, Clerk of Platte County;
- Eda Schunk Thompson, Clerk of Sheridan County;
- Carrie S. Long, Clerk of Sublette County;

- Cynthia L. Lane, Clerk of Sweetwater County
- Maureen Murphy, Clerk of Teton County;
- Amanda Hutchinson, Clerk of Uinta County;
- Lily Rakness Parra, Clerk of Washakie County; and
- Becky Hadlock, Clerk of Weston County.

**IT IS FURTHER ORDERED** that, as nominal parties, the above-listed Defendants ("Nominal Defendants") will take no position on the merits of the Plaintiff's claims. The Nominal Defendants do not intend, for example, to file dispositive motions or oppose Plaintiff's motion for preliminary injunction.

**IT IS FURTHER ORDERED** that the Nominal Defendants' Answers to Plaintiff's Complaint are waived without penalty.

**IT IS FURTHER ORDERED** that the Nominal Defendants are excused from appearance at future court hearings unless under subpoena or order of the Court.

**IT IS FURTHER ORDERED** that the Nominal Defendants' responses to any future pleadings or motions are waived, and responses may only be filed with prior leave of the Court.

**IT IS FURTHER ORDERED** that the Nominal Defendants do not seek to be excused from their discovery obligations. The Nominal Defendants will continue to respond or object to discovery requests as the Federal Rules of Civil Procedure require. Likewise, the Nominal Defendants will provide deposition and trial testimony if compelled in accordance with the Rules.

**IT IS FURTHER ORDERED** that the Nominal Defendants shall be bound by all future Orders of the Court, including the Final Judgment and any Preliminary Orders.

**IT IS FURTHER ORDERED** that nothing in the Parties' Stipulated Order shall constitute or be construed to constitute an admission of any wrongdoing or liability by the Nominal Defendants or an admission of the truth of any allegations or the validity of any claim asserted in this case.

**IT IS FURTHER ORDERED** that nothing in the Stipulated Order shall constitute or be construed to constitute a concession, prohibition, or limitation on Plaintiff's claims or assertions in this case or their ability to bring a subsequent motion for injunctive relief regarding H.B. 156.

DATED and SIGNED this day of July 2nd, 2025.

*Stephanie Hambrick*
_____
Hon. Stephanie A. Hambrick
United States Magistrate Judge