Darold W. Killmer, No. 8-6643
Reid Allison*
Madison Lips*
**KILLMER LANE, LLP**
1543 Champa St., Suite 400
Denver, CO 80202
dkillmer@killmerlane.com, rallison@killmerlane.com, mlips@killmerlane.com
Tel: (303) 571-1000

Elisabeth C. Frost*
Katie Chamblee-Ryan*
Daniel Cohen*
Nicole Wittstein*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law, kchambleeryan@elias.law, dcohen@elias.law, nwittstein@elias.law
Tel: (202) 968-4490

*Admitted pro hac vice*
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **EQUALITY STATE POLICY CENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **CHUCK GRAY**, in his official capacity as ) | Civil Action No. 25-cv-00117-SWS |
| Wyoming Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

_____

### PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE BY IMMIGRATION LAW REFORM INSTITUTE

_____

In light of the Court's order granting leave to the first set of amici to move to participate in this case (Doc. 81), Plaintiff hereby withdraws its objection to the similar later-filed motion by the Immigration Law Reform Institute's ("ILRI") motion. Plaintiff stands ready to file a short response to ILRI's amicus brief upon the Court's granting of the motion for leave.

Dated: July 3, 2025                              Respectfully submitted,

                                                 */s/ Elisabeth C. Frost*
                                                 Elisabeth C. Frost*
                                                 Katie Chamblee-Ryan*
                                                 Daniel Cohen*
                                                 Nicole Wittstein*
                                                 **ELIAS LAW GROUP LLP**
                                                 250 Massachusetts Avenue NW, Suite 400
                                                 Washington, D.C. 20001
                                                 efrost@elias.law
                                                 kchambleeryan@elias.law
                                                 dcohen@elias.law
                                                 nwittstein@elias.law
                                                 (202) 968-4490

                                                 Darold W. Killmer, No. 8-6643
                                                 Reid Allison*
                                                 Madison Lipps*
                                                 **Killmer Lane, LLP**
                                                 1543 Champa St., Suite 400
                                                 Denver, CO 80202
                                                 dkillmer@killmerlane.com
                                                 (303) 571-1000

                                                 *Attorneys for Plaintiff*
                                                 *Equality State Policy Center*
                                                 *\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of July, 2025, I electronically filed the foregoing notice with the Clerk of the Court for the United States District Court for the District of Wyoming by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Elisabeth C. Frost*
Elisabeth C. Frost