Darold W. Killmer, No. 8-6643
**KILLMER LANE, LLP**
1543 Champa Street, Suite 400
Denver, CO 80202
dkillmer@killmerlane.com
Tel: (303) 571-1000

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **EQUALITY STATE POLICY CENTER**, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **CHUCK GRAY**, in his official capacity as ) | Civil Action No. 25-cv-00117-SWS |
| Wyoming Secretary of State; *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE

I, Darold W. Killmer, an active member in good standing of the Bar of State of Wyoming and Bar of the U.S. District Court for the District of Wyoming, request that this Court admit *pro hac vice* Julianna D. Astarita, who will be counsel for Plaintiff Equality State Policy Center in the case listed above. I hereby vouch, to the best of my knowledge and belief, for the good moral character and veracity of the *pro hac vice* attorney.

As local counsel, I am aware of Local Rule 84.2(b) regarding the appearance of attorneys pro hac vice and understand my responsibilities under this rule. I am prepared to represent the client(s) at any time in any capacity and will have full authority to act for and on behalf of the client(s) in all matters including pretrial conferences, as well as trial or any other hearings. I will

1

also participate in the preparation and trial of the case to the extent required by this Court and will be present in Court during all proceedings in connection with the case, unless excused by the Court.

In compliance with Wyoming Local Rule 84.2(b), Applicant Julianna D. Astarita has attached an Affidavit in support of this Motion hereto as **Exhibit 1.**

Finally, a check in the amount of $100 for admission fees, $100 per applicant, is being mailed contemporaneously with this filing.

WHEREFORE, undersigned counsel respectfully requests that this Court admit Julianna D. Astarita *pro hac vice* in this matter for the reasons set forth above and in the attached Affidavit.

DATED this 3rd day of July 2025.

*s/ Darold W. Killmer*
Darold W. Killmer
Wyoming Bar No. 8-6643
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dkillmer@killmerlane.com

*Attorney for Plaintiff Equality State Policy Center*

# **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of July, 2025, I electronically filed the foregoing notice with the Clerk of the Court for the United States District Court for the District of Wyoming by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Darold W. Killmer*
Darold W. Killmer

Darold W. Killmer
Wyoming Bar No. 8-6643
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dkillmer@killmerlane.com