Exhibit B

Bryan A. Skoric (Wyo. State Bar #6-2834)
Dustin N. Slade (Wyo. State Bar #8-7156)
Office of the Park County and Prosecuting Attorney
1002 Sheridan Avenue
Cody, Wyoming, 82414

ATTORNEYS FOR DEFENDANT
COLLEEN RENNER, in her official capacity as
Park County Clerk.

Bryan A. Skoric (Wyo. State Bar #6-2834)
Dustin N. Slade (Wyo. State Bar #8-7156)
Office of the Park County and Prosecuting Attorney
1002 Sheridan Avenue
Cody, Wyoming, 82414

ATTORNEYS FOR DEFENDANT
COLLEEN RENNER, in her official capacity as
Park County Clerk.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **EQUALITY STATE POLICY CENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **CHUCK GRAY,** in his official capacity as ) | Civil Action No. 25-cv-00117-SWS |
| Wyoming Secretary of State; ) | |
| **KAYLA WHITE,** in her official capacity as ) | |
| Albany County Clerk; ) | |
| **LORI SMALLWOOD,** in her official capacity as ) | |
| Big Horn County Clerk; ) | |
| **CINDY LOVELACE,** in her official capacity as ) | |
| Campbell County Clerk; ) | |
| **LISA SMITH,** in her official capacity as ) | |
| Carbon County Clerk; ) | |
| **KAREN RIMMER,** in her official capacity as ) | |
| Converse County Clerk; ) | |
| **MELISSA JONES,** in her official capacity as ) | |
| Crook County Clerk; ) | |
| **JULIE FREESE,** in her official capacity as ) | |
| Fremont County Clerk; ) | |

| | |
|---|---|
| **MARY B. FEAGLER**, in her official capacity as Goshen County Clerk; | ) ) |
| **BECKY KERSTEN**, in her official capacity as Hot Springs County Clerk; | ) ) |
| **JACKIE CAMINO**, in her official capacity as Johnson County Clerk; | ) ) |
| **DEBRA LEE**, in her official capacity as Laramie County Clerk; | ) ) |
| **APRIL BRUNSKI**, in her official capacity as Lincoln County Clerk; | ) ) |
| **TRACY GOOD**, in her official capacity as Natrona County Clerk; | ) ) |
| **BECKY FREEMAN**, in her official capacity as Niobrara County Clerk; | ) ) |
| **COLLEEN RENNER**, in her official capacity as Park County Clerk; | ) ) |
| **MALCOLM J. ERVIN**, in his official capacity as Platte County Clerk; | ) ) |
| **EDA SCHUNK THOMPSON**, in her official capacity as Sheridan County Clerk; | ) ) |
| **CARRIE S. LONG**, in her official capacity as Sublette County Clerk; | ) ) |
| **CYNTHIA L. LANE**, in her official capacity as Sweetwater County Clerk; | ) ) |
| **MAUREEN MURPHY**, in her official capacity as Teton County Clerk; | ) ) |
| **AMANDA HUTCHINSON**, in her official capacity as Uinta County Clerk; | ) ) |
| **LILY RAKNESS PARRA**, in her official capacity as Washakie County Clerk; and | ) ) |
| **BECKY HADLOCK**, in her official capacity as Weston County Clerk, | ) ) ) |
| Defendants. | ) |

## DECLARATION OF DEFENDANT COLLEEN RENNER

I, Colleen Renner, declare and state as follows:

1. I am the County Clerk for the County of Park, State of Wyoming.

2. Whether I remain as a party to this litigation or not, I will abide by any order issued by this Court in this matter applicable to my office as Park County Clerk unless and until any such order is rescinded or overruled by a higher court.

3. To the full extent of any ruling by this Court holding that HB 156 is unconstitutional, I will not enforce HB 156 in my capacity as Park County Clerk unless and until such holding is rescinded by this Court or overruled by a higher court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14 day of July 2025

*Colleen Renner*

Colleen Renner, Park County Clerk