Conner G. Nicklas (Wyo. Bar No. 7-5908)
THE FALEN LAW OFFICES LLC
300 East 18th Street
Cheyenne, WY 82003
Ph: (307) 632-5105
Fx: (307) 637-3891
conner@buddfalen.com

Michael A. Columbo *
Mark P. Meuser *
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Ph: (415) 944-4996
Fx: (415) 272-2926
mcolumbo@dhillonlaw.com
mmeuser@dhillonlaw.com

Scott E. Gessler *
GESSLER BLUE LLC
7350 East Progress Place, Ste. 100
Greenwood Village, CO 80111
Ph: (720) 647-5320
sgessler@gesslerblue.com

* Admitted *Pro Hac Vice*

*Attorneys for Defendant
Wyoming Secretary of State Chuck Gray*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **EQUALITY STATE POLICY CENTER**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 25-cv-000117-SWS |
| | ) |
| **CHUCK GRAY**, in his official capacity as | ) |
| Wyoming Secretary of State, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CHUCK GRAY'S NOTICE OF JOINDER AND JOINDER IN
DEFENDANT COLLEN RENNER'S MOTION TO DISMISS**

# INTRODUCTION

PLEASE TAKE NOTICE THAT Defendant Chuck Gray, in his official capacity as Wyoming Secretary of State, will, and hereby does, join in Defendant Colleen Renner's Motion to Dismiss (ECF #119).

Defendant Chuck Gray respectfully moves this Court to dismiss the Complaint on the grounds that (1) Plaintiff lacks standing; (2) any such claims are otherwise unripe; and (3) any such claims are moot.

This Joinder is based on, and incorporates,: (1) this Notice of Joinder and Joinder; (2) Defendant Colleen Renner's Notice of Motion and Motion to Dismiss Complaint, along with the supporting documents and memorandum; (3) the Court's file in this matter; (4) other oral and documentary evidence as may be presented before or at any hearing; and (5) any matters of which the Court may take judicial notice.

**DATED** this 16th day of July, 2025.

By: */s Mark P. Meuser*
Michael A. Columbo*
Mark P. Meuser*
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Ph: (415) 944-4996
Fx: (415) 272-2926
mcolumbo@dhillonlaw.com
mmeuser@dhillonlaw.com

Scott E. Gessler*
GESSLER BLUE LLC
7350 East Progress Place, Ste. 100
Greenwood Village, CO 80111
Ph: (720) 647-5320
sgessler@gesslerblue.com

Conner G. Nicklas (Wyo. Bar No. 7-5908)
THE FALEN LAW OFFICE LLC
300 East 18th Street

Cheyenne, WY 82003
Ph: 307-632-5105
Fx: 307-637-3891
conner@buddfalen.com

\* Admitted *Pro Hac Vice*

*Attorneys for Defendant*
*Wyoming Secretary of State Chuck Gray*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2025, a true and correct copy of the foregoing **DEFENDANT CHUCK GRAY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT COLLEN RENNER'S MOTION TO DISMISS** was served by CM/ECF e-service to all counsel of record.

By: */s Mark P. Meuser*
    Mark P. Meuser