# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

9:27 am, 7/22/25

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| EQUALITY STATE POLICY CENTER, <br><br> Plaintiff <br><br> vs <br><br> CHUCK GREY, in his official capacity as Wyoming Secretary of State, et al., <br><br> Defendant | Case Number: 25-CV-117-SWS |

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Defendant Chuck Gray's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF 66). Pursuant to the Order entered July 22, 2025, incorporated by reference herein, GRANTING the Motion to Dismiss, IT IS HEREBY ORDERED AND ADJUDGED that a Judgment is hereby entered that the case is DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION.

Dated this 22nd day of July, 2025.

    Margaret Botkins
    Clerk of Court

    By Mariah Schafersman
    Deputy Clerk